STATE OF NEW JERSEY v. RONALD ENGSTROM.

March 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD BURKE.

March 10, 1981.

Petition for certification denied.

BOROUGH OF BERNARDSVILLE IN THE COUNTY OF
SOMERSET v. AMERICAN CASUALTY COMPANY.

March 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS TORRES.

March 10, 1981.

Petition for certification denied.